UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

KEVIN GAMBLE,

           Plaintiff,

  -against-                          9:06-CV-136
                                        (LEK/GJD)

MS. A. MONETTE, et al.,

           Defendants.

## DECISION AND ORDER

This matter comes before the Court following a Report-Recommendation filed on May 25, 2007 by the Honorable Gustave J. DiBianco, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and L.R. 72.3(c) of the Northern District of New York. Report-Rec. (Dkt. No. 18). After ten days from the service thereof, the Clerk has sent the entire file to the undersigned, including the objections by Plaintiff, which were filed on June 29, 2007. Objections (Dkt. No. 25).

It is the duty of this Court to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b). "A [district] judge... may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." Id. This Court has considered the objections and has undertaken a de novo review of the record and has determined that the Report-Recommendation should be approved for the reasons stated therein.

1

Accordingly, it is hereby

ORDERED, that the Report-Recommendation (Dkt. No. 18) is APPROVED and ADOPTED in its ENTIRETY; and it is further

ORDERED, that Defendants' Motion to dismiss pursuant to 28 U.S.C.§ 1915(g) (Dkt. No. 17) is GRANTED; and it is further

ORDERED, that Plaintiff's *in forma pauperis* status is REVOKED; and it is further

ORDERED, that the Complaint (Dkt. No. 1)is DISMISSED, unless WITHIN THIRTY (30) DAYS of the District Court's Oder of dismissal, Plaintiff pays the requisite filing fee in effect at the time that the Complaint was filed; and it is further

ORDERED, that the Clerk serve a copy of this Order on all parties.

IT IS SO ORDERED.

DATED:   July 20, 2007
         Albany, New York

_____
Lawrence E. Kahn
U.S. District Judge